JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SOLORIO,<br><br>        Petitioner,<br>vs.<br>GERALD JANDA, Warden,<br><br>        Respondent. | Case No. EDCV 12-1950-BRO (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 1-9-14

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

1